**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VELOCITY COMMUNICATION TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:25-cv-00850-GBW |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| DELL TECHNOLOGIES INC., and DELL INC., | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND  ORDER STAYING CASE**

WHEREAS, the parties have reached agreement in principle to resolve this case, would like to avoid making multiple requests to alter the schedule, and wish to conserve the Court's and the parties' resources;

WHEREAS, the parties are working together to finalize a settlement agreement;

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that this case be STAYED in its entirety for thirty (30) days;

In the event the parties are unable to file a dismissal within 30 days, the parties shall file a status report no later than May 18, 2026.

BAYARD, P.A.

/s/ Ronald P. Golden III

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Ste 400
P.O. Box 25130
Wilmington, DE 19801
302-429-4238
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff Velocity Communications
Technologies, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

/s/ Jeremy A. Tigan

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorney for Defendants Dell Technologies
Inc. and Dell Inc.*

Dated: April 17, 2026

SO ORDERED this ___20th___ day of ___April_____, 2026.

_____
UNITED STATES DISTRICT JUDGE